### Commonwealth *v.* DeAmicis, Appellant.

Before BRADLEY, J.

Submitted March 17, 1969. *Perry S. Bechtle,* for appellant; *Martin K. Miller* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* DeSantis.
### Silva's Appeal.

Argued March 19, 1969. *Dennis J. Monaghan,* for appellant; *John E. Gallagher,* Assistant District Attorney, with him *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Order affirmed.